UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD C. ROBERTS,

    Plaintiff,                             CASE NO. 13-14675
                                              Judge Lawrence P. Zatkoff

-v-

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       Plaintiff filed the instant action seeking Disability Insurance Benefits under the Social Security Act. This matter is currently before the Court on Magistrate Judge David R. Grand's Report and Recommendation of January 8, 2015 (Docket #24), wherein the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be granted in part, Defendant's Motion for Summary Judgment be denied, and the case be remanded to Defendant for further review and consideration by the Administrative Law Judge. The Court has been advised neither party will file any objections to the Report and Recommendation.

       After a thorough review of the court file, the parties' respective motions and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is DENIED, and Plaintiff's Motion for Summary Judgment is GRANTED IN PART. In addition, pursuant to 42 U.S.C. § 405(g), the Court hereby REMANDS this matter to Defendant for further review and consideration in accord with the Report and Recommendation.

       IT IS SO ORDERED.

                                                                             S/Lawrence P. Zatkoff
                                                                             LAWRENCE P. ZATKOFF
Dated: January 14, 2015                             UNITED STATES DISTRICT JUDGE