UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ronald C. Roberts,

    Plaintiff,

v.                                                              Case No.  13-14675

Carolyn W. Colvin, Acting Commissioner          Honorable Sean F. Cox
of Social Security,

    Defendant.
_____/

## ORDER ADOPTING
## 6/10/15 REPORT AND RECOMMENDATION

On April 14, 2015, Plaintiff filed a motion for attorney fees in this matter.  That motion was referred to Magistrate Judge David R. Grand for a Report and Recommendation.

On June 10, 2015, Magistrate Judge Grand issued a Report and Recommendation (Docket Entry No. 29) wherein he recommends that Plaintiff's motion for attorney fees be granted and that Plaintiff "be awarded EAJA fees in the total amount of $4,452.64."

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.  The Court hereby ADOPTS the June 10, 2015 R&R.

1

IT IS FURTHER ORDERED that Plaintiff's motion for attorney fees is GRANTED and that Plaintiff Ronald C. Roberts is AWARDED EAJA fees in the total amount of $4,452.64.

IT IS SO ORDERED.

                                            S/Sean F. Cox  
                                            Sean F. Cox  
                                            United States District Judge

Dated: July 2, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 2, 2015, by electronic and/or ordinary mail.

                                            S/Jennifer McCoy  
                                            Case Manager